IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DUKHAN MUMIN, | ) | |
| | ) | |
| Petitioner, | ) | 4:16CV3033 |
| | ) | |
| V. | ) | |
| | ) | |
| BRIAN GAGE, | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| Respondent. | ) | |
| | ) | |

Petitioner filed a Notice of Appeal (Filing No. 22) on June 23, 2016. Petitioner appeals from the court's Memorandum and Order dated June 1, 2016 (Filing No. 16). The court finds Petitioner is entitled to proceed in forma pauperis on appeal.

IT IS ORDERED that:

1. Petitioner is granted leave to proceed in forma pauperis on appeal.

2. The clerk's office is directed to provide the Eighth Circuit Court of Appeals with a copy of this order.

DATED this 4th day of August, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge